ARUN GUPTA, ESQ.
Nevada Bar No.: 11387
GUPTA LAW FIRM, LLC
800 N. Rainbow, #208
Las Vegas, Nevada 89107
(702) 493 1059, Fax (702) 543 3937
attorney@theguptalawfirm.com
Attorneys for Debtor

### IN THE UNITED STATES BANKRUPTCY COURT
### District of Nevada

In Re:

**Aharon Roni Sas**

**Orna Cohen**


              Debtors

Case No. 10-27221- MKN
Chapter 7

Hearing Date:  August 1, 2012
Hearing Time: 2:30 pm

### NOTICE OF HEARING ON
### MOTION TO REOPEN CLOSED CASE FOR PURPOSE OF AMENDING SCHEDULES TO ADD OMITTED PRE-PETITION CREDITORS, AND UPDATE ON OUTCOME OF LAWSUITS

NOTICE IS HEREBY GIVEN that a Motion to Reopen Closed Case has been filed by the Debtor. The motion seeks the following relief:  "Reopen Closed Case for Purpose of Amending Schedules to add omitted pre-petition creditors, and update on outcome of lawsuits." The hearing on this motion will be held before a United States Bankruptcy Judge at the Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd., South, Third Floor, Las Vegas, NV 89101 on above mentioned date and time.

Any opposition must be filed pursuant to Local Rule 9014(d)(1).  If you do not want the court to grant the relief sought in the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 14 days preceding the hearing date for the motion, unless an exception applies (see Local rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

DATED: this 28th day of June 2012.

Submitted by:
/s/ ARUN GUPTA

ARUN GUPTA, ESQ.
800 N. Rainbow Blvd, #208
Las Vegas, Nevada 89107
Attorney for Debtors

2