_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**August 07, 2012**

ARUN GUPTA, ESQ.
Nevada Bar No.: 11387
GUPTA LAW FIRM, LLC
800 N. Rainbow, #208
Las Vegas, Nevada 89107
(702) 493 1059, Fax (702) 543 3937
attorney@theguptalawfirm.com
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Nevada**

In Re:

    **Aharon Roni Sas**

    **Orna Cohen**


    Debtors

Case No. 10-27221- MKN
Chapter 7

Hearing Date: August 1, 2012
Hearing Time: 2:30 pm

**ORDER REOPENING BANKRUPTCY CASE**

    The Debtors' (Aharon Sas and Orna Cohen's) motion to reopen bankruptcy, having come on for hearing on above date and time, Arun Gupta, Esq. appearing on behalf of debtors, the Court having considered the pleadings and papers of the parties, and the argument of counsel, and for good cause appearing,

IT IS HEREBY ORDERED that the Debtors' Motion to reopen this closed Chapter 7 case is granted, conditional upon the Debtors' payment of filing fees for reopening the case.

DATED: 3rd day of August, 2012

                                              Respectfully Submitted,
                                              /s/ Arun Gupta, Esq.
                                              Arun Gupta, Esq.
                                              Attorney for Debtor(s)

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:
   APPROVED:
   DISAPPROVED:
   FAILED TO RESPOND::

_X_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

6